-------- Original message --------
From: ALFONSO PEREZ <allstate@quote01.email-allstate.com>
Date: 4/7/21 11:12 AM (GMT-06:00)
To: ███████████████████
Subject: Your insurance proposal: please review and confirm



# Your Allstate Personalized Insurance Proposal<sup>SM</sup>



469-
294-
2425
Call     ❚    Email ❚     Site ❚

**Hi Michael Johnson,**

This Personalized Insurance Proposal was made just for you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOSSFELD000003

### Here's a message for you from your agent

*Hi Thank you for your time today and allowing me the opportunity me to quote you. I am available to answer any questions you may have Monday - Friday from 9am-6pm at 469-604-0889. I look forward to hearing from you. Alfonso Perez III Licensed Sales Producer Allstate Insurance Direct : 469-604-0889 Fax : 844-821-7480 alfonsoperez1@allstate.com Referrals are my biggest compliment, please don't keep me a secret!*



**View My Proposal** ❯

Thank you for the opportunity to help you protect what matters most.

Sincerely,

## ALFONSO PEREZ

**469-294-2425** ❯

**alfonsoperez1@allstate.com** ❯

**Book an appointment** ❯



**Allstate.**

**Contact Us** ❯

Allstate Blog | Tools & Resources | Allstate.com

This email was sent to Michael Johnson at ███████████

Savings and coverages subject to terms, conditions and availability.

HOSSFELD000004

Allstate Insurance Company. Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company. Allstate Assurance Company and their affiliates: 2775 Sanders Road, Northbrook, IL 60062. In New Jersey, Allstate New Jersey Insurance Company, Bridgewater, NJ. In New York Allstate Life Insurance Company of New York, Hauppauge, NY.

©2021 Allstate Insurance Company. All rights reserved.  Privacy Statement  |  Contact Us  |  Unsubscribe

P_STRATEGICDISTRIBUTION_E0419_P PPROSMP_T
EMAIL TO alfonsoperez1@allstate.com

HOSSFELD000005

-------- Original message --------
From: ALFONSO PEREZ <allstate@quote01.email-allstate.com>
Date: 4/7/21 11:21 AM (GMT-06:00)
To: ████████████████████
Subject: Your insurance proposal: please review and confirm



# Your Allstate Personalized Insurance Proposal<sub>SM</sub>



**View My Proposal**

469-294-2425 Call    Email ▮    Site ▮

**Hi Michael Johnson,**

This Personalized Insurance Proposal was made just for you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HOSSFELD000006

### Here's a message for you from your agent

*Hi Johnson Thank you for your time today and allowing me the opportunity me to quote you. I am available to answer any questions you may have Monday - Friday from 9am-6pm at 469-604-0889. I look forward to hearing from you. Alfonso Perez III Licensed Sales Producer Allstate Insurance Direct : 469-604-0889 Fax : 844-821-7480 alfonsoperez1@allstate.com Referrals are my biggest compliment, please don't keep me a secret!*



**View My Proposal** ❱

Thank you for the opportunity to help you protect what matters most.

Sincerely,

## ALFONSO PEREZ

**469-294-2425** ❚

**alfonsoperez1@allstate.com** ❚

**Book an appointment** ❚



**Allstate.**

**Contact Us** ❱

Allstate Blog | Tools & Resources | Allstate.com

This email was sent to Michael Johnson at ███████████████

Savings and coverages subject to terms, conditions and availability.

HOSSFELD000007

Allstate Insurance Company. Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company. Allstate Assurance Company and their affiliates: 2775 Sanders Road, Northbrook, IL 60062. In New Jersey, Allstate New Jersey Insurance Company, Bridgewater, NJ. In New York Allstate Life Insurance Company of New York, Hauppauge, NY.

©2021 Allstate Insurance Company. All rights reserved.  Privacy Statement  |  Contact Us  |  Unsubscribe

P_STRATEGICDISTRIBUTION_E0419_P PPROSMP_T
EMAIL  TO alfonsopensz1@allstate.com

HOSSFELD000008

 **Allstate.** Personalized Insurance Proposal<sup>SM</sup>

Daniel Gilmond
5285 Dallas Pkwy Ste 510, Frisco, TX 75034
📞 469-294-2425
✉ dgilmond@allstate.com

**PREPARED FOR:**

# Michael Johnson

███████████


**PREPARED BY**

**Alfonso Perez**
Licensed Staff

📞 469-294-2425
✉ alfonsoperez1@allstate.com

Hi Johnson

Thank you for your time today and allowing me the opportunity me to quote you. I am available to answer any questions you may have Monday - Friday from 9am-6pm at 469-604-0889. I look forward to hearing from you.

Alfonso Perez III
Licensed Sales Producer
Allstate Insurance
Direct : 469-604-0889
Fax : 844-821-7480
alfonsoperez1@allstate.com

Referrals are my biggest compliment, please don't keep me a secret!

## Features and Options for You

**Drivewise® -** Get more from your car insurance with Allstate. Drivewise gives personalized driving feedback and rewards for being smart behind the wheel.

**Claims Satisfaction Guarantee -** Only Allstate guarantees a fast, fair, and hassle-free claim experience or your money back-up to a six-month premium credit.

**Claim RateGuard® -** Accidents happen. That's why you have home insurance. With Claim RateGuard, your home insurance won't go up just because you file a claim.

**Claim-Free Rewards -** Saves you money when you switch to Allstate without any recent claims on your home. Plus, get money back every year you go without a claim.

## Your Payment Options **

Your **Auto Coverage** - All Vehicles

**$159** <sup>65*</sup>     OR     **$154** <sup>39*</sup> / month     OR     **$836** <sup>49*</sup> / 6 months

**Minimum Down Payment**          **Easy Pay**                      **Full Pay**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

**Your payment options after minimum down payment.

 **Allstate.** | Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
☎ 469-294-2425
✉ dgilmond@allstate.com

## Your Payment Options (continued)**

Your **Homeowners Coverage** - ██████████████

**$102** <sup>48*</sup> / month    OR    **$1,089** <sup>26*</sup> / 12 months

**Easy Pay**          **Full Pay**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

**Your payment options after minimum down payment.

 **Allstate.** Personalized Insurance Proposal[SM]

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

## Auto coverage - Your Choice Auto® Allstate Standard

Driver Name
**Michael Johnson**

| AUTO COVERAGE | COVERAGE LIMITS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Bodily Injury Liability | $100,000/$300,000 each person/each occurrence | | $83.87 |
| Property Damage Liability | $100,000 each occurrence | | $88.61 |
| Medical Payments | $2,000 each person | | $8.07 |
| Auto Collision Insurance | Actual cash value | $2,000.00 | $180.54 |
| Auto Comprehensive Insurance | Actual cash value | $2,000.00 | $75.41 |
| Roadside Coverage | $120 | | $7.05 |
| Transportation Expense | $30 | | $28.28 |
| Uninsured Motorists Insurance for Bodily Injury | Not selected/Not applicable | | |
| Custom Equipment - Collision | Not selected/Not applicable | | |
| Custom Equipment - Comprehensive | Not selected/Not applicable | | |
| SURCHARGES | | | |
| Chargeable Accident | | | $33.17 |

**Vehicle Estimated
6-Month Premium***     **$471.83**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all poss ble coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

 **Allstate.** | Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

 Auto coverage - Your Choice Auto® Allstate Standard

Driver Name
**Michael Johnson**

| AUTO COVERAGE | COVERAGE LIMITS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Bodily Injury Liability | $100,000/$300,000 each person/each occurrence | | $44.81 |
| Property Damage Liability | $100,000 each occurrence | | $48.58 |
| Medical Payments | $2,000 each person | | $5.91 |
| Auto Collision Insurance | Actual cash value | $2,000.00 | $54.95 |
| Auto Comprehensive Insurance | Actual cash value | $2,000.00 | $27.17 |
| Roadside Coverage | $120 | | $7.05 |
| Transportation Expense | $30 | | $28.28 |
| Uninsured Motorists Insurance for Bodily Injury | Not selected/Not applicable | | |
| Custom Equipment - Collision | Not selected/Not applicable | | |
| Custom Equipment - Comprehensive | Not selected/Not applicable | | |

**Vehicle Estimated
6-Month Premium\*** **$216.75**

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all poss ble coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

 **Allstate.** Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

## Auto coverage - Your Choice Auto® Allstate Standard

Driver Name
**Michael Johnson**

| AUTO COVERAGE | COVERAGE LIMITS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Bodily Injury Liability | $100,000/$300,000 each person/each occurrence | | $39.62 |
| Property Damage Liability | $100,000 each occurrence | | $42.95 |
| Medical Payments | $2,000 each person | | $4.29 |
| Auto Collision Insurance | Actual cash value | $2,000.00 | $68.10 |
| Auto Comprehensive Insurance | Actual cash value | $2,000.00 | $38.44 |
| Roadside Coverage | $120 | | $7.05 |
| Transportation Expense | $30 | | $28.28 |
| Uninsured Motorists Insurance for Bodily Injury | Not selected/Not applicable | | |
| Custom Equipment - Collision | Not selected/Not applicable | | |
| Custom Equipment - Comprehensive | Not selected/Not applicable | | |
| | **Vehicle Estimated 6-Month Premium*** | | **$228.73** |

## Your Auto Coverage - All Vehicles

| POLICY COVERAGE | COVERAGE LIMITS | DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Death Indemnity Insurance | $10,000 | | Included |
| SPECIAL CHARGE | | | |
| Texas Motor Vehicle Crime Prevention Authority Fee | | | $6.00 |
| Volunteer Fire Department Recoupment Fee | | | $0.78 |
| | **Estimated Total 6-Month Premium*** | | **$924.09** |

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all poss ble coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

 **Allstate.** | Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

## Available Features for Auto

| Available Features | Platinum Protection<sup>SM</sup> | Gold Protection<sup>SM</sup> | You Selected<br>Allstate Standard |
|---|---|---|---|
| Accident Forgiveness | Multiple accidents (immediate) | 1 accident (immediate) | 1 accident (after 5 years) |
| Deductible Rewards® | ✓ | ✓ | ✗ |
| Safe Driving Bonus® | ✓ | ✗ | ✗ |
| Auto Replacement Protection | Optional | Optional | Optional |
| Allstate® Easy Pay Plan | Optional | Optional | Optional |
| **Total Estimated Premium** | **$1,071.45** | **$998.41** | **$917.31** |

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all possble coverage options and is only intended to highlight some of your coverage options.  Please contact my agency to further discuss all of the additional coverage options which may be available.

 **Allstate.** Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

 Homeowners coverage - House & Home Policy with Enhanced Package

████████████████████████

| HOMEOWNERS COVERAGE | COVERAGE LIMITS | PREMIUM |
|---|---|---|
| Dwelling Protection | $165,996 | $1,114.85 |
| Wind and Hail | Selected | Included |
| Family Liability Protection | $300,000 each occurrence | $24.00 |
| Guest Medical Protection | $5,000 each person | $9.00 |
| Personal Property | $99,598 | Included |
| Other Structures Protection | $16,600 | Included |
| Additional Living Expense Up to 24 months not to exceed | $33,200 | $2.34 |
| Roof Surfaces Extended Coverage | Selected | Included |
| Water Backup | $5,000 | $60.00 |
| Building Structure Reimbursement Extended Limits | Not selected/Not applicable | |
| Building Codes Coverage | Not selected/Not applicable | |
| Loss Assessments | Not selected/Not applicable | |
| Extended Coverage on Jewelry, Watches and Furs | Not selected/Not applicable | |
| Identity Theft Expenses | Not selected/Not applicable | |
| DEDUCTIBLES | | |
| All Peril Deductible | | $3,320.00 |
| Wind and Hail Deductible | | $3,320.00 |
| Water Backup Deductible | | $500.00 |
| SPECIAL CHARGE | | |
| Rural Volunteer Fire Department Assistance Program Surcharge | | $1.54 |

| | Estimated Total 12-Month Premium* | $1,211.73 |
|---|---|---|

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all possible coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

| Proposal Date: | **04/07/2021** | Prepared for: | **Michael Johnson** | Prepared by: | **Alfonso Perez** | Pages: 7 of 12 |
|---|---|---|---|---|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     Control Number:  079210979202471     HOSSFELD000015

 **Allstate.** | Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

### Enhance your House & Home® policy by adding these policy features

| Available Features | You Selected<br>House & Home Policy with<br>Enhanced Package | House & Home Policy |
|---|:---:|:---:|
| Claim-Free Bonus† | ✓ | ✗ |
| Claim RateGuard®†† | ✓ | ✗ |
| Deductible Rewards††† | ✓ | ✗ |

Get the protection you deserve at a great price—speak with your Allstate agent today for more details.

†Applies to premium paid for major perils.

††This feature applies to one claim every five years.

†††Max deductible rewards that can be used in event of a claim is $500.

*Your actual premium may be higher or lower based on a number of factors. Coverages and discounts are subject to policy terms, conditions, qualifications, and availability.

This proposal does not contain all poss ble coverage options and is only intended to highlight some of your coverage options. Please contact my agency to further discuss all of the additional coverage options which may be available.

 **Personalized Insurance Proposal**SM

**Daniel Gilmond**
📞 469-294-2425
✉ dgilmond@allstate.com

## Discounts Applied

### AUTO DISCOUNTS - ████████████

| | |
|---|---|
| Anti-Lock Brake Discount | $39.21 |
| Anti-Theft Discount | $3.96 |
| Good Payer Discount | $30.31 |
| Passive Restraint Discount | $3.46 |
| Easy Pay Plan Discount | $22.96 |
| Early Signing Discount | $48.48 |
| Allstate eSmart® | $22.96 |
| Multiple Policy Discount | $56.69 |
| Preferred Package Discount | $110.49 |
| **Total Discounts Applied** | **$338.52** |

### AUTO DISCOUNTS - ██████████

| | |
|---|---|
| Premier Plus Discount | $77.02 |
| Anti-Lock Brake Discount | $16.49 |
| Anti-Theft Discount | $1.43 |
| Good Payer Discount | $12.59 |
| Passive Restraint Discount | $2.52 |
| Easy Pay Plan Discount | $9.53 |
| Early Signing Discount | $20.15 |
| Allstate eSmart® | $9.54 |
| Multiple Policy Discount | $23.57 |
| Preferred Package Discount | $45.92 |
| **Total Discounts Applied** | **$218.76** |

### AUTO DISCOUNTS - ██████████

| | |
|---|---|
| Premier Plus Discount | $78.25 |
| Anti-Lock Brake Discount | $16.74 |
| Anti-Theft Discount | $2.02 |
| Good Payer Discount | $13.46 |
| Passive Restraint Discount | $1.84 |
| Easy Pay Plan Discount | $10.16 |
| Early Signing Discount | $21.47 |
| Allstate eSmart® | $10.17 |
| Multiple Policy Discount | $25.12 |
| Preferred Package Discount | $48.95 |
| **Total Discounts Applied** | **$228.18** |

### ████████ SCOUNTS - ████████████

| | |
|---|---|
| Early Signing Discount | $9.67 |
| Easy Pay Plan Discount | $50.34 |
| Home Buyer Discount | $5.99 |
| Multiple Policy Discount | $362.58 |
| Protective Device Discount | $21.97 |
| Responsible Payment Discount | $163.51 |
| Welcome Discount | $118.19 |
| Claim Free Discount | $190.29 |
| **Total Discounts Applied** | **$922.54** |

 Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
☎ 469-294-2425
✉ dgilmond@allstate.com

## Additional Protection Option



### Term Life Insurance

Life Insurance protects your loved ones by helping make sure bills can be paid if something happens to you. Let's talk about customized, affordable coverage that works for you and your budget.

| COVERAGE AMOUNT | **$250,000** |
| TERM LENGTH | **10 years** |
| ESTIMATED MONTHLY PREMIUM* | **$20.90 - $29.92** |

*This premium is an estimate. Your actual price will be based on your age, health, risk factors and payment preference.



**Call me to get your coverage started today.**

**Allstate.** Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
☏ 469-294-2425
✉ dgilmond@allstate.com

## Understanding Coverage Choices

Below are general descriptions of types of insurance coverages. You'll want to consult your policy for terms, conditions and limits of your own insurance coverages.

### Auto Insurance

**Death Indemnity Insurance** - If a covered accident takes the life of a policyholder or a family member that lives with them, we'll pay $10,000 to help with expenses.

**Bodily Injury Liability** - Helps protect you from paying medical costs, loss of income and funeral expenses of other people involved in an accident.

**Property Damage Liability** - Helps protect you from paying for the repair or replacement of another driver's car.

**Medical Payments** - Can help pay for some of your medical costs or funeral expenses if you or anyone in your vehicle is injured in a covered accident.

**Auto Collision Insurance** - Pays for damage to your car if you collide with another car or something else such a building, bridge or tree. If someone hits your parked car, this is considered a collision as well.

**Auto Comprehensive Insurance** - Pays for damage to your car caused by something other than a collision such as theft, fire, windstorm or hitting an animal.

**Roadside Coverage** - Pays for towing and basic roadside assistance expenses (such as lockouts, fuel delivery, tire changes, jump starts) if you are stranded on the road.

**Transportation Expense** - Repays you for the cost of renting a vehicle or using alternative forms of transportation (such as bus, train, taxi, ridesharing) while your vehicle is being repaired due to a covered accident.

**Uninsured Motorists Insurance for Bodily Injury -**

Coverage includes your injuries or death, or those of your passengers or family members driving your car if it's hit by a driver with little or no insurance.

**Custom Equipment - Collision** - If you installed custom equipment or accessories in your vehicle (such as grilles, spoilers, spinners) and they are damaged in a covered collision loss, we'll pay for it.

**Custom Equipment - Comprehensive** - If you installed custom equipment or accessories in your vehicle (such as grilles, spoilers, spinners) and they are damaged in a covered comprehensive loss, we'll pay for it.

### Homeowners Insurance

**Dwelling Protection** - Covers the home you live in and other structures attached to it such as a garage, porch or deck.

**Family Liability Protection** - Can help protect you from financial loss if you're legally obligated to pay for another person's injuries or damage to another person's property.

**Guest Medical Protection** - Can help pay for reasonable and necessary medical expenses if a guest is injured in an accident in your residence.

**Personal Property** - Safeguards the possessions inside your house, such as furniture, bicycle, stereo and more.

**Other Structures Protection** - Covers other buildings on your property that are separate from your home such as a stand-alone garage or a shed.

**Additional Living Expense Up to 24 months not to exceed** - Can help by reimbursing you for reasonable increases in living expenses when a loss Allstate covers makes your residence uninhabitable. This may include payments for the cost of a hotel, food and other expenses.

 **Allstate.** Personalized Insurance Proposal<sup>SM</sup>

**Daniel Gilmond**
☎ 469-294-2425
✉ dgilmond@allstate.com

**Water Backup** - Covers damages when your drain backs up or sump pump breaks.

**Building Codes Coverage** - Covers increased costs due to the enforcement of any building codes, ordinances or laws regulating construction, maintenance or demolition of your home. This only applies to repairs or reconstruction required after a covered loss.

**Loss Assessments** - Coverage for home owner association assessments for a covered loss to commonly owned property.

**Extended Coverage on Jewelry, Watches and Furs** - Extends coverage for jewelry, watches and furs.

**Identity Theft Expenses** - Allstate's Identity Restoration Coverage provides high-quality fraud assistance, handling everything from proactive fraud alerts to inquiries from creditors. The moment you contact us, a personal fraud specialist will help lock down your personal info and help repair any damage to your identity.

## Your Disclaimers

Your quote is not a contract or binder of insurance. Quote is based on information you provided and/or assumptions we made about you including good credit history (where permitted), clean driving record and no prior insurance claims. Actual premium may vary based on data obtained from other sources, your coverage selections and the date coverage becomes effective. All products, coverages and discounts subject to terms, qualifications and availability. Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company: Northbrook, IL. Allstate New Jersey Insurance Company and Allstate New Jersey Property and Casualty Insurance Company: Bridgewater, NJ; Allstate County Mutual Insurance Company: Irving, TX.

Rates shown are monthly, effective as of the date of this proposal and are based on a Male, age 35, Preferred thru Standard Non-Tobacco rates.

Allstate TrueFit® is a term life insurance to age 95 policy issued by Allstate Assurance Company, 3075 Sanders Rd., Northbrook IL 60062 with contract series ICC14AC1/AC14-1; in New York, issued by Allstate Life Insurance Company of New York, Hauppauge, NY, with contract series NYLU818. The premiums will be the same for the level term period selected. Beginning with the anniversary following the level term period, the company reserves the right to change premium rates each policy year, but rates cannot be more than the maximum guaranteed amounts stated in the policy. Your rate may be higher. Rates quoted are subject to change and are set at the company's sole discretion. Further underwriting restrictions may apply. Other face amounts and guaranteed premium terms are available but will have different rates than those shown here. Premium may be paid annually, semi-annually, quarterly or monthly; premium paid may differ based on payment mode selected. A medical exam may be required depending on age, health or amount of coverage requested.

All guarantees subject to claims-paying ability of issuing insurer. Policy issuance is subject to availability and qualifications. This policy has exclusions, limitations and terms that may affect coverage, renewal, cancellation, termination or other contractual rights and benefits.

Many factors go into the cost of your auto insurance policy, including how you purchase the policy. Your price will vary depending on whether you buy online, through a call center, or through an agent because of differences in costs for sales, service and marketing.