## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Hossfeld, et al.
                      Plaintiff,

v.                                                             Case No.: 1:24−cv−02613
                                                                       Honorable Jeffrey I Cummings

Allstate Insurance Company
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's unopposed second motion for extension of time to answer or otherwise plead [17] is granted. Defendants to answer or otherwise plead by 6/7/24. The 6/7/24 status report deadline and the 6/17/24 tracking status hearing are stricken. If this matter is not resolved, the parties shall file the initial joint status report by 6/14/24. Status hearing set to 6/24/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.