UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Robert Hossfeld, et al.
                              Plaintiff,
v.                                              Case No.: 1:24−cv−02613
                                                Honorable Jeffrey I Cummings
Allstate Insurance Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed defendant's motion for protective order [29] and the briefs related thereto [30] [32] [33]. In light of this Court's order to bifurcate, and to "protect the privacy interests of the potential class members and to address any concerns related to contacting putative class members," defendant's motion for protective order [29] is granted. Hossfeld v. Allstate Ins. Co., No. 20−CV−7091, 2021 WL 4819498, at *6 (N.D.Ill. Oct. 15, 2021); Gebka v. Allstate Corp., No. 19−CV−06662, 2021 WL 825612, at *9 (N.D. Ill.Mar. 4, 2021). As the Court previously explained in a case involving the same parties, "[t]o the extent Hossfeld or his counsel have any relevant reason for communicating with putative class members prior to certification, he may file an appropriate motion" and the Court will then "balance the 'important competing concerns' and make a 'clear record and specific findings that reflect a weighing of the need for a limitation and the potential interference with the right of the parties.'" Hossfeld, 2021 WL 4819498, at *6, quoting Williams v. Chartwell Fin. Servs., Ltd., 204 F.3d 748, 759 (7th Cir. 2000). Defendant shall re−submit a clean version of the protective order to the Court's proposed order inbox by 1/16/25. In light of this order and the Court's order on defendant's motion to bifurcate, plaintiffs' opposed motion to compel discovery [37] [38] is denied without prejudice with leave to renew as appropriate. The parties are directed to meet and confer to determine what disputes they can resolve in light of these orders. The accompanying motions for leave to file excess pages [39] [41] are denied as moot, however plaintiffs' request to seal is granted and Exhibit F to plaintiffs' motion will remain under seal. This case is referred to the assigned Magistrate Judge for discovery supervision and scheduling, including the authority to set, adjust, and extend all discovery deadlines, and to conduct a settlement conference, if requested by the parties. The previously set 12/30/24 tracking status hearing is stricken and re−set to 3/28/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.