# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Robert Hossfeld, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:24−cv−02613
                                                            Honorable Jeffrey I Cummings

Allstate Insurance Company
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2025:

    MINUTE entry before the Honorable Young B. Kim: Parties' stipulation [74]−−−treated as a joint motion for extension of time−−−is granted. Defendant now has until September 2, 2025, to complete its discovery responses to Plaintiffs' discovery requests, including the production of responsive ESI and privilege log. Parties then have until November 3, 2025, to complete their meet−and−confers about the adequacy of each side's discovery responses. If written discovery issues remain, they now have until December 3, 2025, to file motions to compel. If timely motions are filed, the opposing side has until December 17, 2025, to file a response. This is a firm schedule. Parties are to plan accordingly. Finally, if a modification to a court ordered schedule is needed, the parties should file a motion for relief explaining good cause, not a stipulation. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.