**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOSSFELD and WES NEWMAN, individually and on behalf of others similarly situated, | ) | Case No. 1:24-cv-02613 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | Hon. Judge Jeffrey I. Cummings |
| Defendant. | ) | Hon. Judge Young B. Kim |

**PLAINTIFFS' MOTION TO FILE ENLARGED BRIEF AND TO SEAL**

Pursuant to L.R. 7.1 and 26.2, Plaintiffs respectfully request that the Court permit them to file Plaintiffs' Opposed Motion to Compel Discovery in excess of fifteen pages and under seal. In support, Plaintiffs state as follows:

1. This action seeks money damages and injunctive relief against Defendant Allstate Insurance Company ("Allstate") for violations of the Telephone Consumer Protection Act's ("TCPA") robocall, internal do-not-call, and National Do Not Call Registry rules, 47 C.F.R. §§ 64.1200(a)(2)-(3), (c)(2), (d).

2. Plaintiffs are filing a motion to compel discovery in this action.

3. While Plaintiffs have tried to be concise, they have found it impossible to adhere to L.R. 7.0(d)(1)'s 15-page limit given the need to adequately address all disputed requests. Indeed, reciting the discovery requests at issue for the Court alone goes onto several pages, single-spaced. Plaintiffs' motion and incorporated brief is thus 19 pages, excluding the cover page, tables, signatures, and certificate of service. Accordingly, Plaintiffs respectfully request that, given the need for such additional pages, they be permitted leave to file an enlarged motion and incorporated brief.

4. Additionally, Allstate has designated as confidential Exhibits F, G, and H to Plaintiffs' motion to compel: the agent agreements for the Allstate agents that called Plaintiffs: Daniel Gilmond, Justin Powell, and Robert Wilson, respectively. Pursuant to L.R. 26.2(c), Plaintiffs are concurrently filing a provisionally sealed version of the exhibits under seal, along with a public-record redacted version of the same. *See* Dkt. 83-84.

5. Plaintiffs conferred with defense counsel, and understand that Allstate does not oppose the relief requested herein; Allstate did not oppose the same relief for Plaintiffs' prior motion to compel. *See* Dkt. 39.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file Plaintiffs' Opposed Motion to Compel Discovery with excess pages, under seal, as concurrently submitted herewith.

Respectfully submitted,

ROBERT HOSSFELD and WES NEWMAN,
individually and on behalf of others similarly situated

Dated: February 27, 2026

By: */s/ Alexander H. Burke*

Alexander H. Burke
Kyle D. McLean
**BURKE LAW OFFICES, LLC**
909 Davis St., Suite 500
Evanston, IL 60201
(312) 729-5288
aburke@burkelawllc.com
kmclean@burkelawllc.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 27, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Kyle D. McLean*